■ ANTHONY CATAPANO et al., Appellants, v. ARLENE FRANCIS et al., Respondents, et al., Defendant. (And Another Title.) — Judgment of the Supreme Court, Queens County, entered December 20, 1965, reversed, on the law, and new trial granted, with costs to appellants to abide the event. The

findings of fact below are affirmed. In our opinion it was error to receive in evidence, over appellants' objection, the self-serving written statement of defendant Francis, which was made 24 days after the accident. We consider this error sufficiently prejudicial to require a new trial. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.